UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:   AU:26-CR-00162(1)-RP |
| | § | |
| (1) San Juanita Cavazos-Torres | § | |

## <u>ORDER</u>

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed March 31, 2026, wherein the defendant Cavazos-Torres waived appearance before this Court and appeared before United States Magistrate Judge Dustin Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Cavazos-Torres to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Cavazos-Torres' plea of guilty to Count 1 of the Information is accepted.

Signed this 23rd day of April, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE